UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. C-08-205 |
| REFUGIA YBARRA CABALLERO, *et al*, | § § § | |
| Defendants. | § | |

**ORDER ON MOTION FOR PERMISSION**
**TO TRAVEL OUT OF BOUNDARIES**

On this day came on to be considered Defendant Refugia Ybarra Caballero's Motion for Permission to Travel Out of Boundaries (D.E. 38). Defendant's Motion for Permission to Travel Out of Boundaries is DENIED.

SIGNED and ORDERED this 9th day of June, 2008.

_____
Janis Graham Jack
United States District Judge

1 / 1